■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNIE BROWN, Appellant.—Judgment, Supreme Court, Bronx County (Steven Barrett, J.), rendered on April 26, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON DIAZ, Appellant.—Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered on June 12,